IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN - 8 2007
JUN 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | No.05CR194 |
| | ) | Judge Robert Gettleman |
| SAUL TEJEDA, (#1) | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE,** that on this **8th** day of June **2007,** pursuant to Fed. R. App. P. 4 (b), Defendant, Saul Tejeda, by and through his attorney, David E. Neely, filed this Notice of Appeal, with the Clerk of the United States District Court for the Northern District of Illinois, appealing his conviction by jury dated June 14, 2006, the denial of post trial motions and the final judgment entered on June 4, 2007, sentencing him to 36 years in the custody of the Bureau of Prisons imposed by the Honorable Judge Robert Gettleman.

Respectfully Submitted

SAUL TEJEDA

By:

David E. Neely & ASSOCIATES P.C.

8401 So. Luella
Chicago, Il. 60617
(312) 315-8241
deneely1@prodigy.net

1