IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Case No. 05 CR 0194-1 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| SAUL TEJEDA, ) | |

## **ORDER**

With respect to defendant Saul Tejada's Petition to Confirm Record (Doc. 1105), the court agrees that at the sentencing hearing the court found that the prior conviction that originally led the Probation Office to conclude that Mr. Tejeda had a Guideline criminal history level of II was incorrect because that conviction was part of the instant offense. Consequently, the court determined that Mr. Tejeda's criminal history score was 0 and that his Guideline criminal history level was I.

**ENTER:**     **February 8, 2018**

_____
**Robert W. Gettleman**
**United States District Judge**