**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                    Case No.: 1:05−cr−00194
                                    Honorable Robert W. Gettleman

Saul Tejeda, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 6, 2020:

      MINUTE entry before the Honorable Robert W. Gettleman as to Saul Tejeda: The court refers this matter to the Federal Defender Program to review the pending *pro se* motion and contact the court's courtroom deputy prior to 7/27/2020 whether they wish to represent the Defendant in this matter. The court will then set a briefing schedule on the motion. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.