FILED
JUL 20 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The United States District Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| United States of America | No. 05 CR 194 |
| v. | |
| Saul Tejeda | Honorable Robert W. Gettleman |
| | 7-13-2020 |

## Motion To Seal Record

On 6-29-2020 my pro se motion for compassionate release was filed #1107 and entered on 7-6-2020. Within that motion was some extremely confidential information for which I asked your Honor to Seal the record. I apoligize to this court if I filed incorrectly by putting a motion within another motion. I now respectfully request to have the record sealed to protect the identity of victims of sexual abuse. The confidential information I speak of is found in the compassionate release/reduction in sentence Motion starting at the bottom of page 9, pages 10, 11, 12 and 13. I respectfully motion the Court to Seal any present or future mention of this confidential information.

Saul Tejeda #21841-424
FMC Rochester
P.O. Box 4000
Rochester, MN 55903

Respectfully Submitted,
Saul Tejeda

COMMITTED NAME: Saul
REG. NO. & QTRS.: 21841-
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

2020 JUL 20 AM 10: 45



7019 1120 0001 0773 9213



LEGAL MAIL

⇔21841-424⇔
Office Of The Clerk
Case No. 05 CR 0194-1
219 S Dearborn ST
Chicago, IL 60604
United States



07/20/2020-25

60604-170299