# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                 Case No.: 1:05−cr−00194
                                                    Honorable Robert W. Gettleman

Saul Tejeda, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 21, 2020:

      MINUTE entry before the Honorable Robert W. Gettleman as to Saul Tejeda: Defendant Tejeda's *pro se* motion seal record [1109] is granted. The Clerk is directed to seal document 1107 for counsel of record access only. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.