FILED

JUL 27 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

To: Honorable Robert W. Gettleman

Re: Case No. 1:05 CR 00194 Compassionate Release Motion filed on 6-29-2020 #1107

My name is Saul Tejeda, defendant in Case No. 05 CR 194. I wanted to take the time to write a personal statement. My case is now before this court on a motion for Compassionate Release. After being sentenced in this court I was designated to U.S.P Leavenworth. Before this, I had never in my life been to a prison. Upon my arrival I was faced with several realities. I I had to listen to other prisoners tell me, "this is your home now", "forget every one in the street we are your family now", and "We are all you got". I refused to believe any of this because in my heart I knew that my children would always be my world no matter my situation. I have, and continue to make my children the main focus in my life and have refused to make prison my home because my home is in the hearts of my children and that of my family. Leavenworth can be a toxic environment

1.

and I have to thank my children and family for helping me stay positive throughout my time there. I have since earned my way down to a low security prison and have taken this time to learn all the tools I need in order to be a productive member of society. I have taken numerous programs in which I learned plenty of life skills and took great strides in learning how to plan for my retirement. I have also learned a number of job skills but most importantly I learned the value of hard work and living a positive life. I have also grown spiritually and continue to participate in church services. Most recently I was given the opportunity to participate in a work cadre program and was transferred to the Federal Medical Center in Rochester MN. where I continue to work and maintain a positive attitude. I am also scored at a Low Risk of Recidivism according to the B.O.P.'s PATTERN scoring.

    What drove me to file for compassionate release were my children. As a family we need to heal and upon my release I will

make sure my kids, fiance, and I get the counseling that we need. The tragedy that has occured to my family has been extremely hard on us and when you add the anxiety and stress, due to the Covid-19 pandemic, to an already dire situation it only makes matters worse. my kids had alot to deal with as it was and now they have to deal with a worldwide pandemic that is expected to get worse as the fall and winter flu season's approach us. My fiance has been working as many hours as she can in order to prepare for an emergency because her job can close its doors due to Covid-19. It is my son who worries me the most because he has taken what has happened to him the hardest and with his mom at work it leaves him and my daughter at home alone to deal with whatever they are going through. Normally their grandparents were readily available to help out with my kids but now they are sheltered at their home trying to avoid the virus. Its going to take a family to get over the tragedy

3.

that happened to my children. My kids need me your Honor, and I am truly sorry your Honor but my continued incarceration will cause irreparable damages to my family and children's healing process. They need their father by their side as they search for their place in this world after such a trauma. My realease would be a fresh start for my kids and it would afford us the opportunity to pick up the shattered pieces of our lives and rebuild. It will also afford me the opportunity to right my wrongs because after my family has been given the opportunity to heal, I will create a system where we will identify at risk youth and provide them with the help they need in order to live productive lives. It was only when I came to prison that I learned about life and living a positive life and it will be my mission to help others before it even comes to that.

    Thank you for giving me the opportunity to express myself your Honor. I hope you find it in your heart to show compassion to me and my family.

    Respectfully,

    Saul Tejeda

4.

2020 JUL 27 AM 8:18 AC



07/27/2020-26

⇔21841-424⇔
Office Of The Clerk
Case No. 05 CR 0194-1
219 S Dearborn ST
Chicago, IL 60604
United States

CERTIFIED MAIL
7019 1120 0001 0774 1483

Saul Tejeda #21841-4
Federal Medical Cen
P.O. Box 4000
Rochester, MN, 55903

LEGAL MAIL





legal envelope